# UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

EARL FITZGERALD WHITE,
        Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,
        Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE
NUMBER:    1:17-CV-00629-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915  and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

☒ GRANTED.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
        copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
        All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this  9th  day of  May  ,  2017  .

_____
/s/ *Barbara A. McAuliffe*
_____
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer