McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8930
    Facsimile:  (415) 744-0134

    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | | |
|---|---|---|
| EARL FITZGERALD WHITE, | ) | Case No. 1:17-cv-00629-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | AN EXTENSION OF TIME |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until February 16, 2018.  This is Defendant's first request for an extension of time to respond.  Defense counsel requires additional time to fully review the administrative record and consider the government's position due to the

length of the record and conflicting due dates.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  January 16, 2018                    Law Offices of Lawrence D. Rohlfing

By:     */s/ Young Cho*_____
YOUNG CHO
Attorney for Plaintiff
(*By e-mail authorization on 01/16/18)

Dated: January 16, 2018                    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    _/s/ Donna W. Anderson_
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Based upon the parties' stipulation, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time to February 16, 2018, in which to file an opposition to Plaintiff's opening brief; and all other deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  __January 17, 2018__          ___/s/ Barbara A. McAuliffe_____
UNITED STATES MAGISTRATE JUDGE