UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| EARL FITZGERALD WHITE, | ) | Case No. 1:17-cv-00629-BAM |
| | ) | |
| Plaintiff, | ) | **ORDER OF REMAND PURSUANT** |
| | ) | **TO SENTENCE FOUR OF 42 U.S.C.** |
| v. | ) | **§ 405(g)** |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:   **February 9, 2018**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE